Overlook Development Co. *v.* Public Service
Commission et al., Appellants.

Argued November 25, 1931. Before FRAZER, C. J.,
WALLING, SIMPSON, KEPHART, SCHAFFER, MAXEY and
DREW, JJ.

44

48

*Lyman G. Windolph,* of *Windolph & Mueller,* for appellant.

*John Fox Weiss,* with him *Daniel H. Kunkel* and *E. Everett Mather, Jr.,* for public service commission.

*Charles G. Baker,* with him *Zimmerman, Myers & Kready,* for appellee.

PER CURIAM, January 5, 1932:

The decision of the Superior Court reversing the order of the public service commission in this case, is affirmed on the opinion of the learned judge of that court, which sets forth clearly the facts and the correct conclusions of law applicable thereto.